# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Protegrity Corporation, et al    v.    Netskope, Inc.

No. 16-1268

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:    Protegrity Corpration and Protegrity USA, Inc.
                                        Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant    ☐ Respondent or appellee

Name: Woodrow H. Pollack
Law Firm: GrayRobinson, P.A.
Address: 401 E. Jackson Street, Suite 2700
City, State and Zip: Tampa, FL 33602
Telephone: (813) 273-5000
Fax #: (813) 273-5145
E-mail address: woodrow.pollack@gray-robinson.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3/8/12

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 12/14/2015    Signature of pro se or counsel /s/ Woodrow H. Pollack

cc: _____

Reset Fields

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  December 14, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Woodrow H. Pollack | /s/ Woodrow H. Pollack |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | GrayRobinson, P.A. |
| Address | 401 E Jackson Street, Suite 2700 |
| City, State, Zip | Tampa, FL 33602 |
| Telephone Number | 813-273-5000 |
| Fax Number | 813-273-5000 |
| E-Mail Address | woodrow.pollack@gray-robinson.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields