UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PROTEGRITY CORPORATION V. NETSKOPE, INC.

NO. 16-1268

**DECLARATION OF WOODROW H. POLLACK IN SUPPORT OF LATE FILING**

Pursuant to the Administrative Order Regarding Electronic Case Filing, ECF-5(c), I, Woodrow H. Pollack, hereby declare as follows:

1. I am an attorney in good standing, admitted to this Court and am lead counsel for Protegrity Corporation and Protegrity USA, Inc.

2. I have an Appellate Filer Login and Password.

3. On December 14, 2015, I submitted a registration to add an additional court, the United States Court of Appeals for the Federal Circuit, to my filing account.

4. Upon completion of my registration, I was still unable to login to the United States Court of Appeals for the Federal Circuit to file the Entry of Appearance, Docketing Statement, and Certificate of Interest.

5. My paralegal and I spoke with several people at PACER helpline and the United States Court of Appeals for the Federal Circuit's Clerk's Office. The Clerk's Office advised me that late filing of my Entry of Appearance, Docketing Statement, and Certificate of Interest would not be problematic as they are not briefs.

6. At 4:02 pm EST, my paralegal served a copy of my Entry of Appearance, Docketing Statement, and Certificate of Interest on opposing counsel via electronic mail and informed them of our technical difficulties. Opposing counsel confirmed receipt at 4:09 pm, EST.

7. I have submitted my Entry of Appearance, Docketing Statement, and Certificate of Interest today, December 15, 2015 as Document Numbers 7-9.

I declare under penalty of perjury of the laws of the state of Florida that the foregoing is true and correct.

Executed this 15th day of December 2015 in Tampa, Florida.

_____
Woodrow H. Pollack

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  December 15, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Woodrow H. Pollack | /s/ Woodrow H. Pollack |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | GrayRobinson, P.A. |
| Address | 401 E Jackson Street, Suite 2700 |
| City, State, Zip | Tampa, FL 33602 |
| Telephone Number | 813-273-5000 |
| Fax Number | 813-273-5145 |
| E-Mail Address | woodrow.pollack@gray-robinson.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields